<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER ZACHARCZUK,, <br><br>                  Plaintiff, <br><br>        v. <br><br>REGO TRADING, INC., et al., <br><br>                  Defendants. | No. 19-20022 (SDW)(LDW) <br><br><br>**ORDER** <br><br><br>September 20, 2022 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on August 30, 2022, by Magistrate Judge Leda D. Wettre ("Judge Wettre"), (D.E. 66), recommending that Plaintiff Jennifer Zacharczuk's ("Plaintiff") Motion to Enforce be granted and that Defendants ReGo Trading, Basic Trucking, Inc., and Vladimir Shukhmans' (collectively, "Defendants") purported Cross-Motion for Sanctions be denied. This Court has reviewed the reasons set forth by Judge Wettre in the R&R and Defendants' submission in response. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre, (D.E. 66), is **ADOPTED** as the conclusions of law of this Court. Plaintiff's Motion to Enforce, (D.E. 56), shall be **GRANTED**, and Defendants' Cross-Motion for Sanctions, (D.E. 58), shall be **DENIED**.

      **SO ORDERED**.

                                                                    /s/ Susan D. Wigenton     
                                                              **SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:      Parties
         Leda D. Wettre, U.S.M.J.